**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

RECEIVED

SEP 15 2009

United States District Court
Western Tennessee

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Cr. No. *09-20360 An* |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **18 U.S.C. § 2252 (a)(4)(B)** |
| | ) | **18 U.S.C. § 2252(a)(2)** |
| | ) | |
| **BILLY CEE RICHMOND** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 24, 2009, in the Western District of Tennessee, the defendant,

-------------------------------------- **BILLY CEE RICHMOND** --------------------------------------

knowingly possessed one (1) Compaq Presario computer, Serial Number CNH6070CMB, which contained in excess of 600 visual depictions (computer digital images and movie files), said visual depictions being stored within various files within said computer; specifically including visual depictions designated, "Dc51.jpg", "Dc3710.jpg", "Dc3953.jpg", "Dc5886.jpg", "Dc6038.jpg.", and "Arnb-Private[1].wmv; each said visual depiction was produced using materials which had been shipped and transported in interstate commerce; each said visual depiction had been shipped and transported in interstate commerce by means of a computer; the production of each said visual depiction involved the use of a minor engaging in sexually explicit conduct,

as defined in Title 18, United States Code, Section 2256, and each said visual depiction is of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(4)(B) and Section 2.

## COUNT 2

On or about May 29, 2009, in the Western District of Tennessee, the defendant,

-------------------------------------- **BILLY CEE RICHMOND** --------------------------------------

knowingly attempted to receive one (1) visual depiction (DVD movie) designated, "#2 –

Hardcore Boys", said visual depiction had been mailed and shipped and transported in

interstate commerce; said visual depiction was produced using materials which had

been mailed and shipped and transported in interstate commerce; the production of said

visual depiction involved the use of a minor engaging  in sexually explicit conduct, as

defined in Title 18, United States Code, Section 2256, and  said visual depiction is of

such conduct; all in violation of Title 18, United States Code, Section 2252(a)(2) and

Section 2.

**A TRUE BILL**

s/Grand Jury Foreperson

**FOREPERSON**

Asst. **UNITED STATES ATTORNEY**

Sept. 15, 2009
**DATE**

-3-