AO 442 (Rev. 01/09) Arrest Warrant                    23240076

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**BILLY CEE RICHMOND**<br>*Defendant* | )<br>)<br>) Case No. 09-20360 An<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*          **BILLY CEE RICHMOND**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession of Child Pornography
Receipt of child pornography shipped and transported in interstate commerce

Date: 09/15/2009

*Issuing officer's signature*

City and state:     MEMPHIS, TENNESSEE          CHARMIANE CLAXTON, U. S. Mag. Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/15/09, and the person was arrested on *(date)* 9/16/09
at *(city and state)* DRESDEN, TN.

Date: 9/17/09

*Arresting officer's signature*

D.T. JONES
*Printed name and title*